

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00324-CV

Madhavan A. **PISHARODI**, M.D., P.A.,,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

On July 11, 2018, we ordered the court reporters to file in this court the portion of the record for which they were responsible on or before August 10, 2018. At that time, one of the court reporters, Ms. Judy Mata, had filed a notification of late record, requesting an extension of time to file the record. After consideration, we granted Ms. Mata's request and ordered her to file her portion of the reporter's record on or before September 19, 2018.

On August 23, 2018, the other court reporter, Sachiko Nagao, filed a notification of late record, stating the portion of the reporter's record for which she is responsible has not been filed because appellant has not paid or made arrangements to pay her fee to prepare the record and appellant is not entitled to the record without paying the fee.[1] *See* TEX. R. APP. P. 34.5(b), 35.3(a).

Accordingly, we **ORDER** appellant to provide written proof to this court **on or before September 24, 2018** that either (1) the reporter's fee for Sachiko Nagao has been paid or arrangements satisfactory to the Ms. Nagao have been made to pay her fee; or (2) appellant is entitled to the reporter's record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to respond within the time provided, we will only consider those issues or points raised in appellant's brief that require the portions of the reporter's record filed by Ms. Mata. *See id.* R. 37.3(c).

---

[1] We note that on June 29, 2018, appellant filed a response, stating he provided payment to the district clerk and court reporter, Judy Mata. The response did not include proof of payment to Sachiko Nagao.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, Sachiko Nagao, and the district clerk.



_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court